```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RENE DIAZ CARRANZA,<br><br>          Defendant. | CR. No. S-08-0562 EJG<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE** |

The sentencing of the above defendant is currently scheduled for January 7, 2010. Defense counsel is currently engaged in a state jury trial which started on January 3, 2011, is conducted Monday through Friday, and is expected to last most, if not all, of January. Thus, he is unavailable to attend the sentencing in the current case until February. Counsel for the government is unavailable the first two Fridays in February. Thus, the next mutually available sentencing date is February 18, 2011. It is therefore stipulated and requested that the sentencing date on this defendant be continued to February 18, 2011, at 10:00 a.m.

Government counsel represents that he is preparing this stipulation as a courtesy for, and has received permission to sign this stipulation on behalf of, Mr. Johnson.

Dated: January 5, 2011

                                    BENJAMIN B. WAGNER
                                    U.S. Attorney

                                    by /s/ Richard J. Bender
                                      RICHARD J. BENDER
                                      Assistant U.S. Attorney

Dated: January 5, 2011               /s/ Thomas Johnson (by RJB)
                                      THOMAS JOHNSON
                                      Attorney for Defendant

IT IS SO ORDERED,

this 6th day of January, 2011

                                    /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      Senior, U.S. District Judge